## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**VIVEK SHAH,**
Reg. # 43205-424                                                                                    **PLAINTIFF**

v.                           Case No. 2:15-cv-00004 KGB-JJV

**MICHELLE WINGO, Physician's**
**Assistant, FCC-Forrest City Low,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 43). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court denies Mr. Shah's motion for a temporary restraining order and preliminary injunction (Dkt. No. 15).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 8th day of June, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge